IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
10/18/21
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
    DEPUTY CLERK

| | |
|---|---|
| JAMES LEE CAMPBELL, SR., DORIS WHALEY-CAMPBELL, and DEBORAH INGRID LONG,<br><br>  Plaintiffs,<br><br>v.<br><br>SALTVILLE GAS STORAGE COMPANY, LLC<br><br>  Defendant. | Case No. 2:21CV35<br><br>Removed from the Circuit Court of Scott County, Virginia, Case No. CL2100717-00 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, defendant Saltville Gas Storage Company, LLC ("Saltville Gas") hereby removes this action, *Campbell v. Saltville Gas Storage Company, LLC*, from the Circuit Court of Scott County, Virginia, Case No.CL2100717-00, to the United States District Court for the Western District of Virginia, Big Stone Gap Division, and alleges as follows:

1. Plaintiffs brought this action for a temporary and permanent injunction to stop Saltville Gas from discontinuing gas service to Plaintiffs' property in Scott County, Virginia. *See* Compl. at ¶¶ 1, 12.

2. Jurisdiction exists over this removed action pursuant to 28 U.S.C. § 1441 because this action originally could have been filed in this Court pursuant to 28 U.S.C. § 1332. Specifically, this Court has subject matter jurisdiction over this action because there is the requisite diversity of citizenship between the plaintiffs and the defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

I.      **JURISDICTIONAL BASIS FOR REMOVAL**

   A.    **Diversity of Citizenship**

   3.    Based on the allegations of the complaint, Plaintiffs are, and at the time of the filing of this action were, citizens of the Commonwealth of Virginia. Compl. at ¶ 1.

   4.    Saltville Gas, a limited liability company organized in Virginia, is wholly owned by Spectra Energy Partners, LP ("Spectra Energy Partners").

   5.    Spectra Energy Partners, is owned by (a) Spectra Energy Partners GP, LP ("Spectra Energy GP"); (b) Spectra Energy Southeast Supply Header, LLC ("Spectra Energy Southeast"); and (c) Spectra Energy Transmission, LLC ("Spectra Energy Transmission").

   6.    Spectra Energy GP is owned by (a) Spectra Energy Partners GP, LLC and (b) Spectra Energy Transmission. Spectra Energy Partners GP, LLC is wholly owned by Spectra Energy Transmission.

   7.    Spectra Energy Southeast is wholly owned by Spectra Energy Transmission.

   8.    Spectra Energy Transmission is wholly owned by Spectra Energy Capital, LLC ("Spectra Energy Capital").

   9.    Spectra Energy Capital is wholly owned by Spectra Energy, LLC.

   10.   Spectra Energy, LLC is wholly owned by Enbridge (U.S.) Inc.

   11.   Enbridge (U.S.) Inc. is organized in Delaware with its principal place of business at 5400 Westheimer Court, Houston, TX, 77056.

   12.   Accordingly, the requisite diversity of citizenship for federal diversity jurisdiction is satisfied.

### B. Amount in Controversy

13. "In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation." *Francis v. Allstate Ins. Co.*, 709 F.3d 362, 367 (4th Cir. 2013) (quoting *Hunt v. Washington State Apple Adver. Comm'n*, 432 U.S. 333, 347 (1977)). As Plaintiffs did not seek a specific amount of damages, Saltville Gas "need only 'prove by a preponderance of the evidence that the amount in controversy exceeds the [jurisdictional minimum].'" *Id.* at 369 (alteration in original) (quoting *De Aguilar v. Boeing Co.*, 11 F.3d 55, 58 (5th Cir.1993).

14. The United States Court of Appeals for the Fourth Circuit "ascertain[s] the value of an injunction for amount in controversy purposes by reference to the larger of two figures: the injunction's worth to the plaintiff or its cost to the defendant." *JTH Tax, Inc. v. Frashier*, 624 F.3d 635, 639 (4th Cir. 2010).

15. Plaintiffs' Complaint requests both temporary and permanent injunctive relief "against discontinuing the gas service." Compl. at 3.

16. Plaintiffs allege that an oil and gas lease, of which Saltville is the current holder, entitles Plaintiffs to "free gas" and that "[t]his covenant arose out of and pertained to the property, and therefore, ran with that land and each part thereof." Compl. ¶¶ 4–5. Plaintiffs further allege that "[f]rom the early 1980's the landowners enjoyed the benefit of the 'free gas' without limitation or restriction." Compl. ¶ 6. Thus, Plaintiffs are seeking an injunction that would entitle them and future landowners to "free gas" in perpetuity, i.e, with no defined end point. The value of this (alleged) perpetual right to "free gas" is infinite, but certainly exceeds the requisite $75,000 threshold for diversity jurisdiction.

17. Therefore, on its face, Plaintiffs' Complaint seeks enforcement of their alleged right to an infinite gas supply which easily exceeds $75,000.00, satisfying the amount-in-controversy requirement. *See Fracnis*, 709 F.3d at 367 (stating that when a complaint "does not allege a specific amount of damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds [$75,000]." (alteration in original) (quoting *De Aguilar*, 11 F.3d at 58)).

18. Further, at the state court injunction hearing, Plaintiffs' counsel represented that the house (for which Plaintiffs recently paid more than $200,000) would become essentially valueless if the gas were disconnected. This alleged loss of value also well exceeds the requisite $75,000 threshold.

## II.  PROCEDURAL REQUIREMENTS FOR REMOVAL

19. On September 29, 2021, Plaintiffs filed their complaint. On that same date, Saltville accepted service of the Complaint. Because this removal is being filed within 30 days of service, this Notice of Removal is timely under 28 U.S.C. § 1446(b). Copies of all process and pleadings are attached to this Notice of Removal as Exhibit A.

20. Saltville Gas is the only defendant named in this action.

21. The United States District Court for the Western District of Virginia, Big Gap Division, embraces the county in which the state court action is now pending, and thus, this Court is a proper venue for this action pursuant to 28 U.S.C. § 97(a).

22. Saltville Gas is filing written notice of this removal with the Clerk of the State Court in which the action is currently pending pursuant to 28 U.S.C. § 1446(d). Copies of the Notice of Filing Notice of Removal, together with this Notice of Removal, are being served upon Plaintiffs' counsel pursuant to 28 U.S.C. § 1446(d).

23.     If any question arises as to the propriety of the removal of this action, Saltville Gas requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable.

24.     Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Saltville Gas's right to assert any defense or affirmative matter including, without limitation, the defenses of 1) lack of jurisdiction over the person, 2) improper venue, 3) insufficiency of process, 4) insufficiency of service of process, 5) improper joinder of claims and/or parties, 6) failure to state a claim, 7) failure to join an indispensable party(ies) or 8) any other procedural or substantive defense available under state or federal law.

WHEREFORE, Saltville Gas respectfully removes this action from the Circuit Court of Scott County, Virginia, to this Court, pursuant to 28 U.S.C. § 1441.

DATED this 18th day of October 2021.

Respectfully submitted,

s/ G. Benjamin Milam
G. Benjamin Milam (VSB No. 85615)
Bradley Arant Boult Cummings LLP
214 North Tryon Street, Ste 3700
Charlotte, NC 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
bmilam@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the following by first-class mail, on this the 18th day of October, 2021:

>John E. Kieffer
>1934 Euclid Avenue
>P.O. Box 2125
>Bristol, VA 24203-2125
>*Counsel for Plaintiffs*

>>*s/ G. Benjamin Milam*
>>G. Benjamin Milam